# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
No. 15-1270V
Filed: January 19, 2016

```
* * * * * * * * * * * * * * * * * * * * * * * * *
FREDERICK J KRUGER, D.P.M.,        *
                                    *
                                    *
            Petitioner,             *
v.                                  *     Vaccine Rule 21(a).
                                    *
SECRETARY OF HEALTH                 *
AND HUMAN SERVICES,                 *
                                    *
            Respondent.             *
                                    *
* * * * * * * * * * * * * * * * * * * * * * * * *
```

### ORDER CONCLUDING PROCEEDINGS[1]

**Gowen,** Special Master:

On January 15, 2016, petitioner filed a notice of his voluntary dismissal of this matter pursuant to Vaccine Rule 21(a).  Pursuant to 42 U.S.C. § 300aa-21(a), this case is hereby **dismissed without prejudice**. The Clerk of the Court is instructed that a **judgment shall not enter** in the instant case pursuant to 42 U.S.C. § 300aa-21(a)(3).

**IT IS SO ORDERED.**

**s/Thomas L. Gowen**
Thomas L. Gowen
Special Master

---

[1] Because this unpublished order contains a reasoned explanation for the action in this case, I intend to post it to the United States Court of Federal Claims' website, in accordance with the E-Government Act of 2002, Pub. L. No. 107-347, § 205, 116 Stat. 2899, 2913 (codified as amended at 44 U.S.C. § 3501 note (2006)).  In accordance with Vaccine Rule 18(b), petitioner has 14 days to identify and move to delete medical or other information, that satisfies the criteria in § 300aa-12(d)(4)(B).  Further, consistent with the rule requirement, a motion for redaction must include a proposed redacted decision.  If, upon review, I agree that the identified material fits within the requirements of that provision, I will delete such material from public access.